UNITED STATES of America,
Appellee,

v.

Patricia D. WILLIAMS, Appellant.

No. 07–3130.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 6, 2009.

Filed: Feb. 25, 2009.

---

[1]. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

Robert G. Kuchar, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

David M. Ketchmark, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Patricia D. Williams pleaded guilty to wire fraud, in violation of 18 U.S.C. § 1343. The district court [1] imposed a 30–month prison term, 3 years of supervised release, and restitution. On appeal, Williams's counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), seeking to withdraw and arguing that the prison sentence is unreasonable in light of Williams's specific characteristics.

We conclude that the 30–month sentence, which was at the bottom of the advisory Guidelines range, is not unreasonable. *See Rita v. United States,* 551 U.S. 338, 127 S.Ct. 2456, 2462, 168 L.Ed.2d 203 (2007); *United States v. Lincoln,* 413 F.3d 716, 717–18 (8th Cir.2005). The district court expressly considered relevant factors under 18 U.S.C. § 3553(a), and nothing in the record suggests that the court misapplied those factors. *See United States v. Haack,* 403 F.3d 997, 1004 (8th Cir.2005).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm the district court's judgment, and we grant counsel leave to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.